IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                         Case No.  4:16-cr-00049-KGB

ANTHONY SILVA, *et al.*                                                           DEFENDANTS

## ORDER

Pending before the Court is defendant Anthony Silva's motion for continuance of the trial of this matter scheduled for November 28, 2016 (Dkt. No. 214).  Co-defendants in this matter also have trial settings scheduled for November 28, 2016.  No severance has been requested or granted in this matter on behalf of any of the defendants.

The Court has determined that, due to the number of defendants and attorneys involved in this matter, the most efficient manner in which to address the motion for continuance will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

It is therefore ordered that any defendant to this action opposing Mr. Silva's motion for continuance must file a response in opposition on or before ***November 16, 2016.***

The Court will assume that any defendant who does not file a response in opposition to the motion for continuance on or before November 16, 2016, joins in the motion for continuance and waives speedy trial requirements up to and including the next scheduled trial date.

It is so ordered this 10th day of November, 2016.

_____
Kristine G. Baker
United States District Judge